UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
ARIA C. MILLER,

                        Plaintiff,                    **OPINION AND ORDER**

     v.                                                        24-CV-2834
                                                                    (Morrison, J.)
                                                                    (Marutollo, M.J.)

CAPITAL ONE FINANCIAL CORPORATION,

                        Defendant.
-------------------------------------------------------------x

**JOSEPH A. MARUTOLLO, United States Magistrate Judge:**

    *Pro se* Plaintiff Aria C. Miller filed this action on April 15, 2024. Dkt. No. 1. By Memorandum and Order entered November 1, 2024, the Honorable Nina A. Morrison, United States District Judge, granted Plaintiff's application to proceed *in forma pauperis* ("IFP") under 28 U.S.C. § 1915, *see* Dkt. No. 2, and dismissed Plaintiff's complaint with leave to replead. *See* Dkt. No. 5. Plaintiff filed her Amended Complaint on December 17, 2024. Dkt. No. 9.[1]

    This Court respectfully directs the Clerk of the Court to prepare a summons against Defendant Capital One Financial Corporation, using the address provided by Plaintiff (1680 Capital One Drive, McLean, Virginia 22102-3491), and further respectfully directs the United States Marshals Service to serve such summons and the Amended Complaint upon Defendant.

---

[1] It appears that Plaintiff inadvertently submitted the same Amended Complaint in an unrelated action, *Miller v. Amazon.com Services, LLC*, No. 24-CV-1286 (NRM) (JAM), Dkt. No. 37, which she subsequently requested to have removed, Dkt. No. 38. That document includes exhibits that appear related to the instant action, but were not included in her submission in No. 24-CV-2834 (NRM) (JAM). Should Plaintiff wish those exhibits to be filed in this action, she may submit them under this docket number.

This Court also respectfully directs the Clerk of the Court to mail a copy of this Order to Plaintiff at 29 W. 36th Street, Apt. 5L; New York, New York 10018 and note the mailing on the docket.

Dated:   Brooklyn, New York   **SO ORDERED.**
March 7, 2025

                                                    */s/ Joseph A. Marutollo*
                                                    JOSEPH A. MARUTOLLO
                                                    United States Magistrate Judge